IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOBBY WOOD and
JAMES WOOD,

    Plaintiffs,

v.                                    No. 12-cv-0006 CG/SMV

ENERLEX, INC.,

    Defendant.

## AMENDED INITIAL SCHEDULING ORDER

The Court's Initial Scheduling Order [Doc. 7] is hereby amended to reflect the following changes only:

| | |
|---|---|
| **Meet-and-confer session by:** | **March 8, 2012** |
| **JSR due to the Court by:** | **March 15, 2012** |
| **Initial Disclosures due within fourteen days of the meet-and-confer session, but in no event later than:** | **March 22, 2012** |
| **Telephonic Rule 16 Initial Scheduling Conference– parties shall call Judge Vidmar's "Meet Me" line at 505-348-2357:** | **March 29, 2012 at 9:30 a.m.** |

IT IS SO ORDERED.

                                                  _____
                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**