IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BOBBY WOOD,**
**JAMES WOOD,**

    Plaintiffs,

v.                                                                No. 12-cv-0006 JAP/SMV

**ENERLEX, INC.,**

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 18] filed March 21, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order [Doc. 22] filed March 30, 2012.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**