IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOBBY WOOD,
JAMES WOOD,

      Plaintiffs,

v.                                                              No. 12-cv-0006 JAP/SMV

ENERLEX, INC.,

      Defendant.

## ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE AND HEARING ON MOTION TO REMAND

THIS MATTER is before the Court on the parties' Joint Motion to Vacate Settlement Conference and Hearing on Motion to Remand [Doc. 29] ("Motion"), filed on July 6, 2012.  The present Motion indicates that the parties have settled and intend to file closing documents no later than July 20, 2012.  Motion [Doc. 29] at 1.  Currently, a settlement conference is scheduled for July 17, 2012.  Order Setting Settlement Conference [Doc. 24] at 1.  Also scheduled is a hearing on a pending motion to remand, set for July 19, 2012.  Order by District Judge James A. Parker [Doc. 28].  The Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the parties' Joint Motion to Vacate Settlement Conference and Hearing on Motion to Remand [Doc. 29] is **GRANTED**.  Both the settlement conference scheduled for July 17, 2012, and the hearing on the pending motion to remand scheduled for July 19, 2012, are hereby **VACATED.**

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**