**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**BOBBY WOOD,**

**JAMES WOOD,**

 **Plaintiffs,**

**v.**               **No. 12-cv-0006 JAP/SMV**

**ENERLEX, INC.,**

 **Defendant.**

<u>**ORDER TO FILE CLOSING DOCUMENTS**</u>

 The parties reached a settlement in this matter and now intend to file closing documents no later than July 20, 2012.  Joint Motion to Vacate Settlement Conference and Hearing on Motion to Remand [Doc. 29] at 1.

 **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **July 20, 2012**, absent a request for an extension and a showing of good cause.

 **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**